**TIMOTHY R. GARRISON**
California State Bar No. 228105
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone No. (619) 234-8467
Email: timothy_garrison@fd.org

Attorneys for Mr. Rodriguez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.07MJ2598 |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| OSCAR RODRIGUEZ, | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Timothy R. Garrison, Federal Defenders of San Diego, Inc., files this Notice of Appearance as counsel in the above-captioned case.

Respectfully submitted,

Dated: November 9, 2007                    */s/ Timothy R. Garrison*
                                                                Federal Defenders of San Diego, Inc.
                                                                Attorneys for Defendant
                                                                Timothy_Garrison@fd.org

**CERTIFICATE OF SERVICE**

        Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

        Courtesy Copy to Chambers

        Copy to Assistant U.S. Attorney via ECF NEF

        Copy to Defendant

Dated: November 9, 2007            _/s/ Timothy R. Garrison_
                                Federal Defenders of San Diego, Inc.
                                225 Broadway, Suite 900
                                San Diego, CA 92101-5030
                                (619) 234-8467 (tel)
                                (619) 687-2666 (fax)
                                Timothy_Garrison@fd.org (email)