5

1  KAREN P. HEWITT
   United States Attorney
2  CARLA J. BRESSLER
   Assistant United States Attorney
3  California State Bar No. 134886
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-6763
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

**FILED**

**NOV 2 0 2007**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
JM                        DEPUTY

8                UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

07CR3144-BTM

10  UNITED STATES OF AMERICA,          )  Magistrate Case No. 07MJ2598
                                       )
11                    Plaintiff,       )
                                       )  **STIPULATION OF FACT AND JOINT**
12         v.                          )  **MOTION FOR RELEASE OF**
                                       )  **MATERIAL WITNESS(ES) AND**
13  OSCAR RODRIGUEZ,                   )  **ORDER THEREON**
                                       )
14                    Defendant.       )
                                       )  **(Pre-Indictment Fast-Track Program)**
15  _____)

16      **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

17  OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and

18  Carla J. Bressler, Assistant United States Attorney, and defendant OSCAR RODRIGUEZ, by and

19  through and with the advice and consent of defense counsel, Timothy R. Garrison, Federal

20  Defenders of San Diego, Inc., that:

21      1.    Defendant agrees to execute this stipulation on or before the first preliminary hearing

22  date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

23  intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

24  guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

25  of Bringing in Aliens Without Presentation and Aiding and Abetting, in violation of 8 U.S.C.

26  § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2.

27  //

28  CJB:es:11/8/07

2.     Defendant acknowledges receipt of a plea agreement in this case and agrees to provide the signed, original plea agreement to the Government not later than five business days before the disposition date set by the Court.

3.     Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or before **December 7, 2007.**

4.     The material witness, Angelica Cortez-Lara, in this case:

a.     Is an alien with no lawful right to enter or remain in the United States;

b.     Entered or attempted to enter the United States illegally on or about November 5, 2007;

c.     Was found in a vehicle driven by defendant at the San Ysidro, California Port of Entry (POE) and that defendant knew or acted in reckless disregard of the fact that she was an alien with no lawful right to enter or remain in the United States;

d.     Was having others pay on her behalf an undisclosed amount of money to others to be brought into the United States illegally and/or transported illegally to her destination therein; and,

e.     May be released and remanded immediately to the Department of Homeland Security for return to her country of origin.

5.     After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

a.     The stipulated facts set forth in paragraph 4 above shall be admitted as substantive evidence;

//

//

//

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Oscar Rodriguez                    2                                    07MJ2598

1          b.    The United States may elicit hearsay testimony from arresting agents

2  regarding any statements made by the material witness(es) provided in discovery, and such

3  testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements

4  against interest of (an) unavailable witness(es); and,

5          c.    Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

6  "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

7  and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

8  waives the right to confront and cross-examine the material witness(es) in this case.

9      6.    By signing this stipulation and joint motion, defendant certifies that defendant has

10  read it (or that it has been read to defendant in defendant's native language).  Defendant certifies

11  further that defendant has discussed the terms of this stipulation and joint motion with defense

12  counsel and fully understands its meaning and effect.

13      Based on the foregoing, the parties jointly move the stipulation into evidence and for the

14  immediate release and remand of the above-named material witness(es) to the Department of

15  Homeland Security for return to her country of origin.

16      It is STIPULATED AND AGREED this date.

17                            Respectfully submitted,

18                            KAREN P. HEWITT
                          United States Attorney

20  Dated: _11/20/07_ .           CARLA J. BRESSLER
                          Assistant United States Attorney

23  Dated: _11/16/07_ .           TIMOTHY R. GARRISON
                          Defense Counsel for Rodriguez

26  Dated: _11/16/07_ .           OSCAR RODRIGUEZ
                          Defendant

28  Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Oscar Rodriguez      3      07MJ2598

1

# O R D E R

2  Upon joint application and motion of the parties, and for good cause shown,

3  **THE STIPULATION** is admitted into evidence, and,

4  **IT IS ORDERED** that the above-named material witness(es) be released and remanded

5  forthwith to the Department of Homeland Security for return to her country of origin.

6  **SO ORDERED.**

7

8  Dated: ___11/20/07___.                    _____

9                                             United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Oscar Rodriguez                    4                    07MJ2598