FILED

DEC 11 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  FRANCISCO J. SANCHEZ, JR.
2  Attorney at Law
   State Bar Number 220284
3  550 West C Street, 1670
   San Diego, CA 92101
4  Tel:   (619) 232-8000
5  Fax:   (619) 237-8898

6  Attorney for
7  Oscar Rodriguez

8              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA    )   Case No.:  07 CR 3144-BTM
                 Plaintiff,     )
11                              )   **SUBSTITUTION OF ATTORNEY**
                                )
12  v.                          )
                                )
13  Oscar Rodriguez             )
                 Defendant      )
14  _____ )

15     **PLEASE TAKE NOTICE THAT** defendant hereby substitutes FRANCISCO J.
16
    SANCHEZ, JR, as his counsel of record in place and instead of Timothy Garrison.
17

18  Dated: 12/11/07                    _____
19                                     Defendant

20  I CONSENT TO THE ABOVE SUBSTITUTION

21  Dated: 12/11/07                    _____
22                                     Timothy Garrison, FDSDY
    SUBSTITUTION ACCEPTED
23
24  Dated: 12/10/07                    _____
                                       FRANCISCO J. SANCHEZ, JR. ESQ.
25
    IT IS SO ORDERED:
26
27  Dated: 12/11/07                    _____
                                       HON. CATHY ANN BENCIVENGO
28                                     United States Magistrate Judge