**FRANCISCO J. SANCHEZ, JR.**
Attorney at Law
California State Bar No. 220284
550 West C Street, Ste. 1670
San Diego, CA 92101
Telephone: (619) 232-8000
Facsimile: (619) 237-8898

Attorney for Defendant Oscar Rodriguez

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>OSCAR RODRIGUEZ,<br><br>　　　　Defendant. | Case No.: 07 CR 3144-BTM<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING TO MAY 30, 2008**<br><br>Date: April 10, 2008<br>Time: 9:00 a.m.<br>Judge: Barry Ted Moskowitz |

　　IT IS HEREBY STIPULATED by and between Defendant OSCAR RODRIGUEZ (hereinafter "Mr. RODRIGUEZ"), by and through his attorney of record, Francisco J. Sanchez, Jr. and Plaintiff United States of America, by and through Assistant United States Attorney Carlos Arguello, that Mr. Rodriguez' Sentencing Hearing be continued from April 10, 2008 at 9:00 a.m. to May 30, 2008 at 9:00 a.m. on the following grounds:

\\\\\

\\\\\

\\\\\

\\\\\

- 1

1. Undersigned has been contacted by defendants family who wish to supplement defendants sentencing memorandum with character letters;

2. Based on the need to review these documents with Mr. Rodriguez and properly address their contents, undersigned counsel respectfully requests additional time to prepare for this sentencing hearing;

3. Undersigned counsel has contacted AUSA Carlos Arguello and he has no objection to this request;

4. Defendant is out of custody;

5. Both government counsel and defense counsel agree that time will be excluded under the Speedy Trial Act until the acceptance of plea.

**IT IS SO STIPULATED.**

Dated: April 8, 2008        **FRANCISCO J. SANCHEZ, JR. ESQ**

By /s/ Francisco J. Sanchez, Jr.
Francisco J. Sanchez, Jr.
Attorney for Defendant Oscar Rodriguez

Dated: April 8, 2008        **KAREN HEWITT**
**United States Attorney**

By /s/ Carlos Arguello
Carlos Arguello
Assistant United States Attorney