Francisco J. Sanchez, Jr., Calif. Bar No. 220284
LAW OFFICE OF FRANCISCO J. SANCHEZ, JR.
550 West C Street, Suite 1670
San Diego, CA 92101
Telephone:  (619) 232-8000
Facsimile:   (619) 237-8898

Attorney for Defendant
OSCAR RODRIGUEZ

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO.  07 CR 3144-BTM |
| Plaintiff, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| OSCAR RODRIGUEZ, ) | |
| Defendant ) | |

    Counsel for Defendant, OSCAR RODRIGUEZ certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing motion has been electronically served this day upon:

CARLOS ARGUELLO
U.S. Attorney's Office
880 Front Street
San Diego, CA 92101


Dated:  April 8, 2008               /s/ Francisco J. Sanchez, Jr.
                                    FRANCISCO J. SANCHEZ, JR.
                                    550 West C Street, Suite 1670
                                    San Diego, CA 92101

---

CERTIFICATE OF SERVICE

07 CR 3199-BTM