# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | Case No.:  07 CR 3144-BTM |
| )                                 | |
| Plaintiff,                      ) | **ORDER REGARDING SENTENCING** |
| )                                 | **HEARING** |
| vs.                             ) | |
| )                                 | |
| OSCAR RODRIGUEZ,                ) | |
| )                                 | |
| Defendant.                      ) | |

The Court finds that:

1. The defendant is out of custody;

2. Additional time is required to submit mitigating information for defendants sentencing hearing;

3. All prior conditions of pretrial release, will remain in full force and effect;

IT IS THEREFOR ORDERED that defendant OSCAR RODRIGUEZ' sentencing hearing be continued from April 10, 2008 at 9:00 a.m. to June 6, 2008 at 9:30 a.m.

IT IS SO ORDERED

DATED:   April 8, 2008

_____
HONORABLE  BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE