AO 245B (Rev. 9/00) Judgment in a Criminal Case
Sheet 1

FILED
08 JUN -9 AM 10: 52
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

OSCAR RODRIGUEZ

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: 07CR3144-BTM

FRANCISCO SANCHEZ
Defendant's Attorney

**REGISTRATION NO.** 06509298

X pleaded guilty to count(s) one of the information

was found guilty on
after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count |
|---|---|---|
| 8 USC 1324(a)(2)(B)(iii) | Bringing in an Illegal Alien Without Presentation | 1 |
| 18 USC 2 | Aiding and Abetting | |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) is are dismissed on the motion of the Government.

x Assessment : $100.00 payable within 60 days of probation.

x Fine ordered waived.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

June 6, 2008
Date of Imposition of Sentence

BARRY TED MOSKOWITZ, DISTRICT JUDGE
Name and Title of Judicial Officer

Entered Date:

AO 245B (Rev. 9/00) Judgment in a Criminal Case
Sheet 4—Probation



DEFENDANT: OSCAR RODRIGUEZ
CASE NUMBER 07CR3144-BTM

## PROBATION

The defendant is hereby sentenced to probation for a term of THREE (3) YEARS.

## MANDATORY CONDITIONS

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.
The defendant shall cooperate as directed in the collection of a DNA sample, pursuant to 18 USC 3583(d).

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter. The Court authorizes up to 2 tests as a maximum per month.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 9/00) Judgment in a Criminal Case
Sheet 4 — Continued 2 — Probation



DEFENDANT: OSCAR RODRIGUEZ
CASE NUMBER: 07CR3144-BTM

## SPECIAL CONDITIONS OF SUPERVISION

X Submit to a search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer.

X Not possess firearms, explosive devices, or other dangerous weapons.

X Not possess any narcotic drug or controlled substance without a lawful medical prescription.

___ If deported, excluded, or allowed to voluntarily leave the United States, obey all laws federal, state and local and not reenter the United States illegally and report to the probation officer within 72 hours of any reentry to the United States; the other conditions of supervision are suspended while the defendant is out of the United States after deportation, exclusion, or voluntary departure.

X Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

___ Participate in a program of drug or alcohol abuse treatment including testing and counseling, with at least 1 to 8 tests per month and 1 to 8 counseling sessions per month as directed by the probation officer.

___ Provide complete disclosure of all personal and business financial records to the probation officer when requested.

___ Participate in a program of mental health treatment as directed by the probation officer. The Court authorizes the release of the pre-sentence report and available psychological evaluations to the mental health provider, as approved by the probation officer. The defendant shall consent to the release of evaluations and treatment information to the probation officer and the Court by the mental health provider.

___ Not aid, assist, harbor or transport undocumented aliens.

x Not associate with known alien smugglers.

x Not associate with known drug traffickers or users.

X Remain in your place of residence for a period of 90 days, except while working at verifiable employment; attending religious services or undergoing medical treatment or performing community service. The defendant shall be subject to electronic monitoring at his expense.

X Complete 300 hours of community service in a program approved by the Probation Officer within 36 months with At least 180 hours performed in the first 18 months.

X Not enter the Republic of Mexico without written permission of the Probation Officer.

___ Obtain G.E.D. by________________________.

x Maintain full-time employment or education or a combination of both.

x If the defendant has complied with all conditions of Supervised Release for TWO (2) YEARS, Supervised Release may be terminated on application to the Court and good cause shown